March 8, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

REED & ABRASLEY, P.L.L.C., ROBERT S. ABRASLEY, JOEL D. REED AND ROBERT S. ABRASLEY, P.C., Appellants

NO. 14-11-00540-CV                 V.

MICHAEL G. SHEBAY AND ANDREW SHEBAY & CO., P.L.L.C., Appellees

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on March 24, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.